DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY EDMOND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1529

[August 16, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William H. Haury, Jr., Judge; L.T. Case No. 10-2109CF10A.

Jeffrey Edmond, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***